JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702-791-0308

David L. Charles, Esq.
CROWLEY FLECK PLLP
490 N. 31st St., Suite 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: 406-252-3441
*Admitted Pro Hac Vice*

*Attorneys for Defendants EFCO Corp.
and Construction Products, Inc.*

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         NOV 2 3 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. ACEVES, | |
| Plaintiff, | Case No.:   2:10-cv-00421-ECR-PAL |
| v. | |
| EFCO CORP., an Iowa Corporation; CONSTRUCTION PRODUCTS, INC., an Iowa Corporation; and DOE DEFENDANTS 1-10, inclusive, | Consolidated with: Case No.:   2:10-cv-02053-JCM-RJJ |
| Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| EFCO CORP., an Iowa Corporation; CONSTRUCTION PRODUCTS, INC., an Iowa Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AS TO CLAIMS OF AMERICAN HOME ASSURANCE COMPANY**

08628-01/817585_2.doc

IT IS HEREBY STIPULATED AND AGREED by and between counsel for ROBERT C. ACEVES ("Plaintiff") and counsel for EFCO CORP. and CONSTRUCTION PRODUCTS, INC. ("Defendants") that the claims of Plaintiff in the above-entitled shall be dismissed with prejudice, each party to bear their own fees and costs.

A trial date has not been set in this matter.

| | |
|---|---|
| Dated this 8th day of November, 2011 | Dated this 8th day of November, 2011 |
| HENNESS & HAIGHT | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| /s/ John Funk<br>MARK G. HENNESS, ESQ.<br>Nevada Bar No. 5842<br>JOHN FUNK, ESQ.<br>Nevada Bar No. 9255<br>8972 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff Robert C. Aceves* | /s/ James E. Whitmire<br>JAMES E. WHITMIRE, ESQ.<br>Nevada Bar No. 6533<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants EFCO Corp. and Construction Products, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_Edward C. Reed_
DISTRICT COURT JUDGE
Dated: November 23, 2011.

- 2 -

08628-01/817585